UNITED STATES of America,
Plaintiff–Appellee,

v.

Leonard BURGESS, Defendant–
Appellant.

No. 14–14587
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

July 15, 2015.

Susan Hollis Rothstein–Youakim, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Julie Hackenberry, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Charles Lee Truncale, Charles L. Truncale, PA, Jacksonville, FL, for Defendant–Appellant.

Before MARCUS, WILLIAM PRYOR and JORDAN, Circuit Judges.

PER CURIAM:

Charles L. Truncale, appointed counsel for Leonard Burgess in this appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Burgess's conviction and sentence are **AFFIRMED.**